Carole Neville (CN 5733)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas, 24th Floor
New York, New York 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800

*Counsel to Redwood Growth Partners, L.P.*

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>BAYOU GROUP, LLC, et al.,<br><br>                                            Debtors.<br>_____<br><br>BAYOU ACCREDITED FUND, LLC,<br><br>                                            Plaintiff,<br><br>                -against-<br><br>REDWOOD GROWTH PARTNERS, L.P.,<br><br>                                            Defendant. | Chapter 11<br><br>Case No.: 06-22306 (ASH)<br><br>(Jointly Administered)<br><br><br>Adv. Proc. No. 06-08318 (ASH) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant appeals under 28 U.S.C. § 158 and Fed. R. Bankr. P. 8001 and 8003 to the United States District Court for the Southern District of New York from the Order Directing Entry of Final Judgment entered January 29, 2009 (the "Order") incorporating Written Opinion dated and entered October 16, 2008 (the "Written Opinion"), copies of which are annexed hereto.

Other defendants appealing from the Order and their respective adversary proceeding numbers are as follows:

| | |
|---|---|
| Bayou Superfund, LLC v. D. Canale Beverages, Inc. | Adv. Proc. No. 06-08321 (ASH) |
| Bayou Superfund, LLC v. Helen Yulman Revocable Trust | Adv. Proc. No. 06-08332 (ASH) |

| | |
|---|---|
| Bayou Superfund, LLC v. Heritage Hedged Equity Fund LP | Adv. Proc. No. 06-08333 (ASH) |
| Bayou Superfund, LLC v. John D. Canale III | Adv. Proc. No. 06-08336 (ASH) |
| Bayou Superfund, LLC v. KFI Capital Partners LLC | Adv. Proc. No. 06-08337 (ASH) |
| Bayou Superfund, LLC v. Mary P. Smythe Residuary Trust | Adv. Proc. No. 06-08338 (ASH) |
| Bayou No Leverage Fund, LLC v. Mayer and Morris Kaplan Foundation | Adv. Proc. No. 06-08340 (ASH) |
| Bayou Superfund, LLC v. YK Investment Partnership II | Adv. Proc. No. 06-08341 (ASH) |
| Bayou Superfund, LLC v. Marvin E. Bruce Living Trust | Adv. Proc. No. 06-08368 (ASH) |
| Bayou Superfund, LLC v. Randall M. Rothstein and Sheryl B. Rothstein | Adv. Proc. No. 06-08389 (ASH) |
| Bayou Superfund, LLC v. H & B Hedge Fund II LLC | Adv. Proc. No. 06-08422 (ASH) |
| Bayou No Leverage Fund, LLC v. Marc Fleisher IRA and Marc Fleisher | Adv. Proc. No. 06-08423 (ASH) |
| Bayou Superfund, LLC v. Kevin Bass | Adv. Proc. No. 06-08431 (ASH) |
| Bayou Superfund, LLC v. Michael Davidson | Adv. Proc. No. 06-08435 (ASH) |
| Bayou Superfund, LLC v. Neil D. Cohen | Adv. Proc. No. 07-08245 (ASH) |
| Bayou Accredited Fund, LLC v. Edward Sorkin and Virginia Sorkin | Adv. Proc. No. 07-08246 (ASH) |
| Bayou No Leverage Fund, LLC v. Christian Brothers High School Endowment | Adv. Proc. No. 06-08320 (ASH) |
| Bayou Superfund, LLC v. Highgate Partners LP | Adv. Proc. No. 06-08412 (ASH) |
| Bayou Accredited Fund, LLC v. Freestone Low Volatility Partners LP | Adv. Proc. No. 06-08373 (ASH) |
| Bayou Superfund, LLC v. Sterling Stamos Security Fund, L.P., Sterling Stamos Security Fund–Friends and Family, L.P., Sterling Stamos Growth Fund, L.P., and Sterling Stamos Liquidity Fund, L.P. | Adv. Proc. No. 06-08493 (ASH) |

The names of all parties in interest to the orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

<u>Counsel for Bayou Superfund LLC, Bayou No Leverage Fund LLC,</u>
<u>Bayou Fund LLC and Bayou Accredited and other appealing defendants</u>

| | |
|---|---|
| H. Jeffrey Schwartz | Marcy Harris, Esq. |
| Gary Mennitt | Brian Kohn, Esq. |
| Dechert LLP | Schulte Roth & Zabel LLP |
| 1095 Avenue of the Americas | 919 Third Avenue |
| New York, New York 10036 | New York, NY 10022 |
| Tel:  (212) 698-3500 | Tel:  (212) 756-2000 |
| Fax: (212) 698-3599 | Fax: (212) 593-5955 |
| | |
| P. Gregory Schwed | Mitchell J. Banas, Jr., Esq. |
| Loeb & Loeb LLP | Jaeckle Fleischmann & Mugel, LLP |
| 345 Park Avenue | 12 Fountain Plaza |
| New York, New York 10036 | Buffalo, New York 14202-2292 |
| Tel:  (212) 407-4000 | Tel:  (716) 856-0600 |
| Fax: (212) 407-4990 | Fax: (716) 856-0432 |

- 3 -

Richard B. Feldman
Rosenberg Feldman Smith LLP
551 Fifth Avenue
24th Floor
New York, NY 10176
Tel: (212) 682-3454
Fax: (212) 867-9045

Dated: New York, New York
       February 9, 2009

SONNENSCHEIN NATH & ROSENTHAL LLP

By:    /s/Carole Neville
Carole Neville (CN 5733)
1221 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800

*Counsel to Redwood Growth Partners, L.P.*

10133211     - 3 -